# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SCOTT A. HEMMELGARN, *et al.*, | : | Case No. 3:21-cv-00163 |
| Plaintiffs, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| NICKEYNON MAURICE BANNER, *et al.*, | : | |
| Defendants. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER

This matter is before the Court on the parties' Joint Motion to Modify Scheduling Order. For good cause shown, the Joint Motion (Doc. 22) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Discovery deadline | September 9, 2022 |
| Telephone status conference | October 13, 2022, at 10:30 a.m. |
| Dispositive motion deadline | October 21, 2022 |
| Final pretrial conference | April 19, 2023, at 1:30 p.m. (Chambers) |
| Jury trial | May 22, 2023, at 9:00 a.m. |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge