IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SCOTT A. HEMMELGARN and BETH HEMMELGARN, | ) <br> ) CIVIL ACTION NO. 3:21-CV-00163 <br> ) |
| Plaintiffs, | ) <br> ) JUDGE THOMAS M. ROSE |
| v. | ) <br> ) |
| NICKEYNON MAURICE BANNER, KLLM TRANSPORTATION SERVICES, LLC and SAFECO INSURANCE, | ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

### STIPULATION AND AGREED ORDER OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss all claims in the above-referenced matter, with prejudice.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that all claims in this matter are hereby dismissed with prejudice, and that this matter is hereby stricken from the Court's docket.

It is so ORDERED.

Entered this _5_ day of _August_, 2022

Read and approved by:

UTRECHT LAW OFFICES, LLC

/s/ James D. Utrecht
James D. Utrecht, Esquire

12 South Plum Street
Troy, OH 45373
*Attorney for Plaintiffs*


PION, NERONE, GIRMAN, WINSLOW
 & SMITH, P.C.

*Jordan C. Hettrich, Esquire*
John T. Pion, Esquire
Attorney I.D. No. 0070722
Jordan C. Hettrich, Esquire
Attorney I.D. No. 0091744
1500 One Gateway Center
420 Fort Duquesne Blvd.
Pittsburgh, PA 15222
*Attorneys for Defendants, Nickeynon Maurice Banner
and KLLM Transportation Services, LLC*